IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VITRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL VALLEY AUTOMOTIVE AND CENTRAL VALLEY NISSAN<br><br>　　　　Defendants. | Case No.: 1:10-cv-01503 LJO JLT<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. 10) |

　　　　Before the Court is the stipulation to continue the Mandatory Scheduling Conference, currently scheduled on November 23, 2010, to December 15, 2010. The request to continue the conference is due to the unavailability of Plaintiff's counsel.

　　　　Based upon the foregoing and good cause appearing, the Court **ORDERS** the Mandatory Scheduling Conference, currently scheduled on November 23, 2010, to be continued to December 15, 2010 at **9:30 a.m.**

IT IS SO ORDERED.

Dated:  **September 30, 2010**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE