IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. VITRO, | CASE NO. CV F 10-1503 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 18.) |
| CENTRAL VALLEY AUTOMOTIVE, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters and dates, including the June 6, 2011 settlement conference, November 29, 2011 pretrial conference, and January 23, 2012 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** February 24, 2011          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1